RICHARD JOHNSTON (SBN 124524)
131-A Stony Circle, Ste. 500
Santa Rosa, CA  95401
(707) 795-3948

Attorney for Plaintiff,
DEBRA MOODY

JAMES D. BOUGHEY (SBN 44880)
BETH A. FRUECHTENICHT (SBN 208847)
REBECCA LABAT CROSBY (SBN 221241)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MOODY,<br><br>          Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 50,<br><br>          Defendants. | Case No.: CIV S-03-1244 DFL PAN<br><br>**STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER** |

Plaintiff DEBRA MOODY ("Plaintiff"), and defendant The Prudential Insurance Company of America ("Prudential") by and through their respective counsel of record, hereby enter into this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1):

WHEREAS, Plaintiff and Prudential have conducted settlement negotiations and have reached a full and final settlement of Plaintiff's claims against Prudential;

WHEREAS, pursuant to this settlement and in consideration for the dismissal of this

action as to The Prudential Insurance Company of America, Prudential has agreed to pay and has paid to Plaintiff the sum of $200,000.00 (Two Hundred Thousand Dollars and No Cents).

NOW THEREFORE, the Parties jointly stipulate as follows:

1. Action No. CIV S-03-1244 DFL PAN shall hereby be dismissed with prejudice; and

2. Plaintiff and Prudential hereby waive and release any contractual, statutory or other right to recover costs or attorney fees from the other relating to the above-titled action.

**SO STIPULATED AND AGREED:**

DATED: June 1, 2005          LAW OFFICES OF RICHARD JOHNSTON


By: _____/s/_____
    RICHARD JOHNSTON
    Attorney for Plaintiff
    Debra Moody

DATED: June 1, 2005          WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP


By: _____/s/_____
    REBECCA LABAT CROSBY
    Attorneys for Defendant
    The Prudential Insurance Company of America

**IT IS SO ORDERED:**

DATED: 24 June 2005

_____

DAVID F. LEVI

United States District Judge